■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTURO HOYTE, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's arguments that the verdict was against the weight of the evidence and that his sentence was harsh and excessive. (Appeal from Judgment of Monroe County Court, Connell, J.—Arson, 2nd Degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.